State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 63527638
Date: Jul 10 2019 12:28PM
LeNora Ponzo, Chief Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

Billy Hughey
_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

KTV's Transportation, LLC

299 Smyrna Road

Elgin, Kershaw County, South Carolina 29045

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ _____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ _____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ _____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| \*\*\*\*\*\*\*\*\*\*\*\* | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Charles Rauton/Monge & Associates

Address: 8205 Dunwoody Place, Building 19

City, State, Zip Code: Atlanta, Georgia 30350     Phone No.: 800-899-5750

An answer to this complaint, which is herewith served on you, should be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through E-file GA or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### SERVICE INFORMATION:

Served, this _____ day of _____, 20____.    _____
                                                      DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20____.    _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)



GEORGIA, FULTON COUNTY

STATE COURT OF FULTON COUNTY
Civil Division

DO NOT WRITE IN THIS SPACE

CIVIL ACTION FILE #: _____

**State Court of Fulton County**
\*\*\*EFILED\*\*\*
**File & ServeXpress**
Transaction ID: 63527638
Date: Jul 10 2019 12:28PM
LeNora Ponzo, Chief Clerk
Civil Division

Billy Hughey
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

Van Minger
299 Smyrna Road
Elgin, Kershaw County, South Carolina 29045

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| \*\*\*\*\*\*\*\*\*\*\*\* | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Charles Rauton/Monge & Associates
Address: 8205 Dunwoody Place, Building 19
City, State, Zip Code: Atlanta, Georgia 30350          Phone No.: 800-899-5750

An answer to this complaint, which is herewith served on you, should be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED,** via electronic filing through E-file GA or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### SERVICE INFORMATION:

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

GEORGIA, FULTON COUNTY      DO NOT WRITE IN THIS SPACE

**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
**File & ServeXpress**
Transaction ID: 63527638
Date: Jul 10 2019 12:28PM
LeNora Ponzo, Chief Clerk
Civil Division

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

Billy Hughey
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

Van Minger, Registered Agent for KTV's Transportation, LLC

299 Smyrna Road

Elgin, Kershaw County, South Carolina 29045

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ _____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ _____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ _____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| \*\*\*\*\*\*\*\*\*\*\*\* | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Charles Rauton/Monge & Associates

Address: 8205 Dunwoody Place, Building 19

City, State, Zip Code: Atlanta, Georgia 30350     Phone No.: 800-899-5750

An answer to this complaint, which is herewith served on you, should be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through E-file GA or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

### SERVICE INFORMATION:

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

This _____ day of _____, 20_____. _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 63527638
Date: Jul 10 2019 12:28PM
LeNora Ponzo, Chief Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| BILLY HUGHEY, | * | |
| | * | |
| Plaintiff, | * | Civil File |
| | * | No. _____ |
| vs. | * | |
| | * | |
| KTV'S TRANSPORTATION, LLC, | * | |
| VAN MINGER, ABC CORPORATION, | * | |
| and JOHN DOE, | * | |
| | * | |
| | * | |
| Defendants. | * | **DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PERMANENT PERSONAL INJURIES

NOW COMES, Billy Hughey, the above styled Plaintiff, and shows this Court the following facts and circumstances in support of this Complaint.

### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiff Billy Hughey was permanently injured in a car collision in Fulton County and is otherwise subject to the jurisdiction of this honorable Court.

2.

Upon information and belief, Defendant KTV'S Transportation, LLC, is a foreign corporation incorporated in South Carolina and is subject to the jurisdiction of this Court and can be served with a Summons and Complaint by serving its registered agent, Van Minger, at 299 Smyrna Road, Elgin, Kershaw County, South Carolina 29045, and any other matter allowed by law.

3.

Alternatively, Defendant KTV'S Transportation, LLC, is a foreign limited liability corporation incorporated in South Carolina and is subject to the jurisdiction of this Court and can

be served pursuant to O.C.G.A. § 14-11-703(h) with a Summons and Complaint by serving the Summons and Complaint on the Secretary of State and also serving by registered or certified mail or statutory overnight delivery, return receipt requested, addressed to Van Minger at 299 Smyrna Road, Elgin, Kershaw County, South Carolina 29045.

4.

Upon information and belief, Defendant Van Minger is a non-resident motorist as defined by the Nonresident Motorist Act, O.C.G.A. § 40-12-1. Service of process may be perfected on Defendant Van Minger by serving the Summons and Complaint and Notice of Video Deposition on the Secretary of State, his duly authorized agent, or his successor in office, along with a copy of the affidavit to be submitted to this Court pursuant to O.C.G.A. § 40-12-2.

5.

Alternatively, service on Defendant Van Minger may be perfected pursuant to the Long Arm Statute, O.C.G.A. § 9-10-90, et. seq., by service a summons outside the State of Georgia in the same manner as service is made within the state by any person authorized to make service by the laws of the state, territory, possession, or country in which service is made or by any duly qualified attorney, solicitor, barrister, or the equivalent in such jurisdiction.

6.

Should it be determined that another entity was an at fault party, Plaintiff hereby names Defendant ABC Corporation. The identity of Defendant ABC Corporation is unknown at this time.

7.

Should it be determined that another person was the at fault party, Plaintiff hereby names Defendant John Doe. The identity of Defendant John Doe is unknown at this time.

8.

Jurisdiction and Venue are proper in the State Court of Fulton County, Georgia, as the collision which is the basis of this lawsuit occurred in Fulton County, Georgia.

9.

On May 16, 2018, Plaintiff Billy Hughey was the driver of a vehicle traveling in Fulton County, Georgia.

10.

On May 16, 2018, while driving a 2017 Dodge Ram 3500 Truck in Fulton County, Georgia, Defendant Minger recklessly caused a clear liability collision with Plaintiff's vehicle, permanently injuring Plaintiff.

11.

Defendant Minger was at all times material hereto an agent and employee of Defendant KTV'S Transportation, LLC and was acting in said capacity as an agent, in the course of his employment, for and on behalf of named Defendant KTV'S Transportation, LLC.

12.

By reason of the principal-agent relationship that existed between Defendant Minger and Defendant KTV'S Transportation, LLC, at said time and place, any negligence or recklessness on the part of Defendant Minger in the operation of said vehicle is imputed to Defendant KTV'S Transportation, LLC under the theory of *respondeat superior*.

13.

While operating a vehicle on the public roadway, Defendant Minger was under a duty to drivers and passengers of other vehicles on the roadway to exercise due case in operating his vehicle.

14.

Defendant Minger breached his duty to the public in general, and to Plaintiff in particular by failing to exercise due care while operating a motor vehicle.

15.

Defendant Minger was negligent *per se* as he was issued a citation for Improper Lane

Change in violation of O.C.G.A. § 40-6-123.

16.

Defendant Minger was negligent *per se* as he was issued a citation for Following Too Closely in violation of O.C.G.A. § 40-6-49.

17.

Defendant KTV'S Transportation, LLC had a duty to use reasonable care to select an employee who was competent and fit to perform the duties requires as and employee. Defendant KTV'S Transportation, LLC owed such a duty to Plaintiff and such duty was breached.

18.

Defendant KTV'S Transportation, LLC knew, or should have known, that Defendant Minger would be likely to operate a motor vehicle in a negligent and reckless manner.

19.

Defendant KTV'S Transportation, LLC knew, or should have known, that Defendant Minger was not competent or fit for the duties required of him as an employee. Defendant KTV'S Transportation, LLC breached its duty to use reasonable care to select and retain an employee that was competent and fit for the position.

20.

As a result of Defendant KTV'S Transportation, LLC conduct in negligently hiring and retaining Defendant Minger, Plaintiff was injured as alleged.

21.

Defendants are liable to Plaintiff for all elements of the pain and suffering, past, present, and future, including disability and physical and mental injury, including shock, fright, and terror, that Plaintiff endured in an amount to be determined by the enlightened conscious of the jury after hearing the evidence at trial. Plaintiff suffered past medical expenses in an amount of $308,957.30. Plaintiff has incurred loss wages in an amount to be proven at trial.

22.

Defendants are liable to Plaintiff for all medical expenses that he incurred, past, present, and future, in an amount to be established by the evidence at trial.

23.

The Defendants are indebted to Plaintiff for his treatment expenses; pain and suffering; punitive damages, expenses of litigation and all other damages allowed by Georgia law.

24.

Plaintiff made a demand on this clear liability case to which Defendant filed to respond, which is relevant on the issue of attorneys' fees pursuant to O.C.G.A. § 13-6-11 and is admissible at trial.

WHEREFORE, the Plaintiff having set forth the facts and circumstances in support of this cause of action, respectfully requests to be GRANTED:

(a) A trial by jury;

(b) Compensatory damages in an amount to be determined at trial:

(c) An amount for recovery of expenses of litigation, penalties, and attorneys' fees because of the Defendants' stubbornly litigious and bad faith conduct, pursuant to O.C.G.A. §§ 13-6-11 and 51-12-7;

(d) General damages, including pain and suffering;

(e) Punitive damages in an amount to be determined at trial; and,

(f) Such other relief as this Court may deem fair and reasonable.

Respectfully submitted, this 8 day of July 2019.

MONGE & ASSOCIATES,

*/s/ Charles Rauton*
Charles Rauton
Georgia State Bar No. 408068
Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
Phone: 678-579-0203
Facsimile: 678-579-0204
charles@monge.lawyer