```
            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | |
|---|---|
| BILLY HUGHEY, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NUMBER 1:19-cv-03499-SDG |
| KTV'S TRANSPORTATION, LLC AND VAN MINGER, | |
| Defendants. | |

**DEFENDANTS' STATEMENT REGARDING DISCOVERY ISSUE WITH NON-PARTY WELL STATES HEALTHCARE, LLC PURSUANT TO COURT'S STANDING ORDER, SECTION I**

Defendants KTV's Transportation, LLC and Van Minger ("Defendants") seek the Court's intervention regarding a dispute pertaining to non-party Well States Healthcare, LLC failure to respond to their subpoena for the medical funding information for Plaintiff Billy Hughey's ("Plaintiff") treatment at Spine Center Atlanta.

The above-referenced matter involving a trucking accident that occurred in Fulton County, Georgia on May 16, 2018. Plaintiff alleged injuries to his neck and back because of the subject incident and treated at Spine Center Atlanta. On September 25, 2018, Plaintiff signed a Letter of Protection with Spine Center Atlanta that allowed Spine Center Atlanta to use the account

1

receivable for his Spine Center Atlanta account as collateral for a monetary advance/loan from Well States Healthcare, LLC.

On April 1, 2020, Defendant served a Subpoena for Production of Documents upon Well States Healthcare, LLC. (See, Exhibits "A," enclosed hereto). Attached to the subpoena was a list of employment records for Plaintiff for US Security Associates to produce. (Id.).

On June 29, 2020, Defendants sent Well States Healthcare, LLC a follow-up letter because the company failed to timely produce the records. (See, Exhibit "B," attached hereto). On August 11, 2020, Defendants sent Well States Healthcare, LLC a second follow-up letter because the company did not produce the records. (See, Exhibit "C," attached hereto). This Court stayed this matter for mediation from May 6, 2020 to August 31, 2020. To date, Well States Healthcare, LLC has not responded to Defendants' subpoena or communications.

Pursuant to the Court's Standing Order, Defendants submit this statement to Court of their discovery dispute with the non-party and respectfully request permission to file a motion to compel for the documents outlined in Attachment "A" of their Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action. (See, Exhibits "A" at p. 10-12).

Defendants contend this information is discoverable because the financial arrangements between Well States Healthcare, LLC and Spine Center Atlanta are relevant toward the potential bias of Spine Center Atlanta in medical treatment and medical billing. See Stephens v. Castano-Castano, 346 Ga. App. 284 (2018); Bowden v. Medical Ctr, Inc., 297 Ga. 285 (2015); see also September 1, 2020 Order in Sampson Adewale v. Berkshire Hathaway Homestate Insurance Company, Marta Logistics, LLC, and Myrsoilav Paliy, Civil Action No. 1:19-CV-3117-WMR, attached hereto as Exhibit "D."

Finally, Defendants note Plaintiff did not file an objection to the production of the records.

Accordingly, Defendants respectfully request permission to file a motion to compel against Well States Healthcare, LLC for the documents listed in the Subpoena for Production of Documents attached hereto as Exhibit "A."

Submitted this 15th day of September, 2020.

>  /s/ *Grant B. Smith*
>  GRANT B. SMITH, ESQ.
>  Georgia bar number 658345
>
>  /s/ *Nicholas D. Bedford*
>  NICHOLAS D. BEDFORD, ESQ.
>  Georgia bar number 940659
>  For the Firm
>  Attorney for Defendants

3

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 926-3688
(404) 365-0134 Facsimile
Nbedford@dcplaw.com
Gbs@dcplaw.com

**CERTIFICATE OF SERVICE**

I electronically filed this **Defendants' Statement Regarding Discovery Issues Pursuant to Court's Standing Order, Section I** with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the following attorneys of record:

    Charles Rauton, Esq.
    Monge & Associates, P.C.
    8205 Dunwoody Place, Bldg. 19
    Atlanta, Georgia 30350
    Attorney for Plaintiff
    charles@monge.lawyer

This 15th day of September, 2020.

                                            /s/ *Nicholas D. Bedford*
                                            NICHOLAS D. BEDFORD, ESQ.
                                            For the Firm